# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DEANNA B. STEINMAN,<br><br>        Plaintiff,<br>  v.<br><br>KILOLO KIJAKAZI<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 4:23-cv-00025-SLG |

## ORDER OF REMAND

Before the Court at Docket 7 is the parties' *Stipulated Motion for Remand*. Upon due consideration, the motion is hereby GRANTED. IT IS ORDERED that the Acting Commissioner's decision in regard to Plaintiff's applications for a period of disability and disability insurance benefits under Title II of the Social Security Act be REVERSED AND REMANDED to the Acting Commissioner of Social Security pursuant to sentence four of 42 U.S.C. 405(g). On remand, the ALJ will take any necessary steps to complete the administrative record and issue a new decision.

DATED this 21st day of December, 2023, at Anchorage, Alaska.

                                                    */s/ Sharon L. Gleason*
                                                    UNITED STATES DISTRICT JUDGE