# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

DEANNA B. STEINMAN,

        Plaintiff,

  v.

MARTIN O'MALLEY,
Commissioner of Social Security

        Defendant.

Case No. 4:23-cv-00025-SLG

## ORDER RE PLAINTIFF'S MOTION FOR ATTORNEY FEES

Having considered Plaintiff's unopposed motion for attorney's fees and costs pursuant to the Equal Access to Justice Act at Docket 10, the Court finds that the request is reasonable and the motion is therefore GRANTED. Accordingly, this Court awards EAJA fees in the amount of $1,149.71 and costs in the amount of $402.00. If the foregoing are not subject to any offset allowed under the Department of the Treasury's Offset Program pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010), then the payment by check or electronic funds transfer shall be made via Plaintiff's counsel's office at 11450 Bustleton Avenue, Philadelphia, PA 19116.

DATED this 6th day of March, 2024, at Anchorage, Alaska.

                                          */s/ Sharon L. Gleason*
                                          UNITED STATES DISTRICT JUDGE